# United States District Court

WESTERN DISTRICT OF WASHINGTON

MICHAEL NEWSOM

JUDGMENT IN A CIVIL CASE

v.

BREMERTON SCHOOL DISTRICT, et al.

CASE NUMBER: C08-5094FDB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. Defendants' Motion for Summary Judgment [Dkt. #16] is **GRANTED** and there being no further causes of action remaining, this case is **DISMISSED**.


June 13, 2008

BRUCE RIFKIN
Clerk

s/ D. Forbes
By, Deputy Clerk